# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**DWAYNE D. MONTGOMERY,**

    *Plaintiff*,

v.                                                                  Case No.: 4:21cv225-MW/MAF

**WALT MCNEIL, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED without prejudice** as an impermissible shotgun pleading that fails to properly state a claim, and for failure to comply with Court Orders." The

Clerk shall close the file.

      **SO ORDERED on August 12, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
